TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00591-CR

Ignacio Herrera, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 96-181-K26, HONORABLE BILLY STUBBLEFIELD, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for possession of marihuana. Appellant
has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: July 24, 1997

Do Not Publish